IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES GERALD HOLMES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-6831 |
| | : | |
| CORRECTIONAL OFFICER | : | |
| GEIDER, et. al. | : | |

### ORDER

AND NOW, this 10th day of August, 2011, it is ORDERED the above-captioned case is DISMISSED without prejudice to the filing of an amended complaint within 30 days. If an amended complaint is not filed within 30 days, this case is dismissed with prejudice.

The Clerk of the Court is DIRECTED to mark this case CLOSED for statistical purposes.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.